UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KELLY D. EBMEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 16-4056 |
| | ) |
| JOSEPH YURKOVICH, *et al.* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

SUE E. MYERSCOUGH, U.S. District Judge:

On February 25, 2019, the Court ordered Plaintiff to show cause, within 14 days, why the Court should not sanction him for his failure to disclose information relevant to the identification of the Doe Defendant in this matter. (Doc. 65). The Court assumes familiarity with that Order. Plaintiff has not responded and the deadline for doing so has passed.

Accordingly, the Court finds that sanctions are appropriate in this matter for the reasons stated in its previous Order. The Court previously granted Plaintiff's petition to proceed *in forma pauperis* in this matter. See Text Order entered March 30, 2016. Given Plaintiff's pauper status, the Court finds that any sanction short of

dismissal would not be appropriate. This case is dismissed as outlined below.

**IT IS THEREFORE ORDERED:**

1) **This case is dismissed with prejudice. Clerk is directed to enter judgment in favor of Defendants and against Plaintiff. All pending motions not addressed below are denied as moot, and the parties shall bear their own costs. This case is closed. Plaintiff remains responsible for the $350.00 filing fee.**

2) **Defendants' Motion to Amend/Correct Answer [58] and Motion for Summary Judgment [59] are DENIED as moot.**

ENTERED:     March 18, 2019.

FOR THE COURT:

*s/Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE